7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* West 160 Scrap & Salvage, LLC
*Debtor*

*Bankruptcy Case No.*
14−61498−abf11

**WEST 160 SCRAP & SALVAGE, LLC**
　Plaintiff(s)

*Adversary Case No.*
15−06006−abf

v.

**Bi−State Scrap and Recycling, LLC**
**Benjamin Marcak**
**Clifford Lawing**
**Shane Braynard**
　Defendant(s)

## JUDGMENT

　　This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of Defendant Bi−State Scrap and Recycling, LLC on Count II of the Debtor−Plaintiff's Complaint for Turnover, and in favor of Defendant Benjamin Marcak on Count III of the Debtor−Plaintiff's Complaint for Turnover. Each party to bear its own costs.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
　　Deputy Clerk



Date of issuance: 6/26/15

Court to serve